UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Omar Hernandez )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08 CR 0632 - BEN<br>            08 MJ 0506<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

Mat. Wit: Ernesto Martinez-Rodriguez

DATED: 03/06/08

RECEIVED _Andrew Rempe_ OR
           DUSM

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR.   Clerk
by
          Deputy Clerk