UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08CR0632-BEN | |
| Plaintiff ) | 08 CR 0506 | |
| ) | ORDER | |
| vs. ) | RELEASING MATERIAL WITNESS | |
| Omar Hernandez ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Mat. Wit Miguel Sanchez-Martinez

DATED: 03/06/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
         DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk